NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FINJAN INC., a Delaware corporation,**
*Plaintiff-Appellant,*

v.

**SYMANTEC CORP., a Delaware corporation,
WEBSENSE INC., a Delaware corporation,** AND
**SOPHOS INC., a Massachusetts corporation,**
*Defendants-Appellees.*

---

2013-1682

---

Appeal from the United States District Court for the District of Delaware in No. 1:10-CV-00593-GMS, Chief Judge Gregory M. Sleet.

---

**JUDGMENT**

---

PAUL J. ANDRE, Kramer Levin Naftalis & Frankel LLP, of Menlo Park, California, argued for plaintiff-appellant. With him on the brief were LISA KOBIALKA and JAMES HANNAH; and AARON M. FRANKEL of New York, New York. Of counsel on the brief was JEFFREY M. HARRIS, Bancroft PLLC, of Washington, DC.

DAVID A. NELSON, Quinn Emanuel Urquhart & Sullivan, LLP, of San Francisco, California, and SEAN C. CUNNINGHAM, DLA Piper LLP, of San Diego, California, argued for defendants-appellees. On the brief for Symantec Corp. were JENNIFER A. KASH, SEAN S. PAK and DAVID A. NELSON, Quinn Emanuel Urquhart & Sullivan, LLP, of San Francisco, California. On the brief for Websense, Inc. were ANTHONY M. STIEGLER and LORI R. MASON, of Cooley LLP, of San Diego, California. Of then brief for Sophos Inc. were JOHN ALLCOCK, SEAN C. CUNNINGHAM, STANLEY J. PANIKOWSKI, and KATHRYN RILEY GRASSO, DLA Piper LLP, of San Diego, California.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| September 15, 2014 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Clerk |